■ THE PEOPLE OF THE STATE OF NEW YORK v. CARLOS LUIS COTTO.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of Bronx County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York, 13, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of ARCHIBALD H. TRACY against GROSSMAN & GROSSMAN. — Motion for an order barring and restraining Grossman & Grossman from acting as attorneys, etc., denied, without prejudice to a renewal thereof at Special Term, Part I, of the Supreme Court, New York County. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of the Estate of PAUL KADACK, Deceased. SOLOMON KADUCK; BERNARD LEEMAN, as Executor.— Motion to dispense with printing denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEE COLLIGAN.— Motion for an enlargement of time granted, insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Ira H. Holley, Esq., of 88 Baxter Street, New York, 13, New York; Edward I. Byer, Esq., of 5 Beekman Street, New York, 38, New York and J. George Silberstein, Esq., of 276 Fifth Avenue, New York, 1, New York, are assigned as attorneys for the appellant, nunc pro tunc as of March 25, 1959, for the purposes of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS CAMP.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, but upon printed appellant's points, on condition that the original record and printed appellant's points are served and filed with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEE SCHLESINGER.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, but upon printed appellant's points, on condition that the original record and printed appellant's points are served and filed with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.